UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL NORTH AMERICA INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>MARIA PARK, et al.,<br><br>    Defendants. | Case No.  14-cv-01393-JSC<br><br>**ORDER TO SHOW CAUSE WHY DEFENDANT HALLIGAN SHOULD NOT BE DISMISSED WITHOUT PREJUDICE** |

Plaintiff filed this action on March 26, 2014 seeking a declaration that it owes no duty to defend Defendant Maria Park in an underlying lawsuit pending in Alameda County Superior Court, *Joe Halligan v. Maria Park, et. cal.*, No. HG13694269.  In addition to Park, the complaint names Halligan as a defendant; however, no proof of service has been filed as to Halligan. Accordingly, as more than 120 days have elapsed since the filing of the complaint, and plaintiff has not sought an extension of time to serve Halligan, Plaintiff must show cause why Halligan should not be dismissed without prejudice.  *See*  Fed. R. Civ. P. 4(m).  In particular, on or before August 11, 2014, Plaintiff must advise the Court in writing whether it intends to serve Halligan.

**IT IS SO ORDERED.**

Dated: August 4, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge